**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| EPSON AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-cv-10563-LTS |
| ) | |
| SHENZHEN RONGCHUANG YOUPIN ) | |
| ELECTRONIC COMMERCE CO., LTD ) | |
| d/b/a COMAOGO ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT AS TO THIS DEFENDANT

This action having been commenced by the filing of the Complaint on March 6, 2024 and a copy of the Summons and Complaint having been properly served on the defendant Shenzhen Rongchuang Youpin Electronic Commerce Co., Ltd d/b/a Comaogo ("Defendant") on March 11, 2024, and Defendant not having answered the Complaint and the time for answering having expired, and the Clerk of the Court properly entering a Default on April 24, 2024, it is:

**ORDERED, ADJUDGED AND DECREED:** That Defendant has violated 15 U.S.C. § 1125(a) by unfairly competing against Epson by using false, deceptive, or misleading statements of fact that misrepresent the nature, quality, and characteristics of Defendant's projector products;

**ORDERED, ADJUDGED AND DECREED:** That Defendant, its officers, agents, servants, employees, and any persons or entities acting in concert or participation with it, including, but not limited to, Amazon.com, BestBuy.com, Newegg.com, www.comaogo.com or any other website, website host, website, administrator, domain registrar, or internet service provider, hosting or enabling Defendant, are hereby **ENJOINED** from:

318463486.2

a. Engaging in any false or misleading advertising with respect to Defendant's projector products, from online commerce sites, such as, but not limited to, Amazon.com, BestBuy.com, Newegg.com, www.comaogo.com, as well as retail stores;

b.  Engaging in any activity constituting unfair competition with Epson; and

c. Inducing, assisting, or abetting any other person or entity in engaging in or performing any of the business activities described in the paragraphs above.

**ORDERED, ADJUDGED AND DECREED:** That Defendant correct any erroneous impression consumers may have derived concerning the nature, characteristics, or qualities of Defendant's projectors, including without limitation, the placement of corrective advertising and providing written notice to the public and its prior customers.

**ORDERED, ADJUDGED AND DECREED:** That until such time when Defendant corrects its advertisements, all Comaogo branded projectors must be removed from online commerce sites, such as, but not limited to, Amazon.com, BestBuy.com, Newegg.com, www.comaogo.com as well as retail stores regardless of the seller of the same.

**ORDERED, ADJUDGED AND DECREED:** That all advertisements, product listings, or other offers for sale for Comaogo branded projectors, whether sold directly by the Defendant or other resellers of the Comaogo brand, be removed from Amazon.com including, but not limited to:

a. All projectors sold by Amazon seller ID: A2IFA5YE3SNR7M; and

b. All projectors bearing the ASIN B0CBRCRQQP.

**ORDERED, ADJUDGED AND DECREED:** That the Comaogo Storefront found at the following URL https://www.amazon.com/stores/Projectforcolorfullife/page/48DEB41C-3953-

318463486.2

4C87-9FF3-4E4B559BEF51?ref_=ast_bln be disabled and/or restricted until Defendant corrects the advertisements of its projectors.

**ORDERED, ADJUDGED AND DECREED:** That the website www.comaogo.com be disabled and/or restricted until Defendant corrects the advertisements of its projectors.

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff Epson America, Inc. ("Epson) have judgment against Defendant for Defendant's profits from Amazon.com, BestBuy.com, and Newegg.com for actual damages pursuant to 15 U.S.C. § 1117.

**ORDERED, ADJUDGED AND DECREED:** Epson may conduct post-judgment discovery via subpoena to, *inter alia*, Amazon.com, BestBuy.com, and Newegg.com to determine the scope of Defendant's sales and actual damages.

**ORDERED, ADJUDGED AND DECREED:** Epson shall, within thirty (30) days of receiving full sales information, submit a brief to the Court requesting an appropriate amount of damages and reasons therefore.

Dated: June 28, 2024

/s/ Leo T. Sorokin

Leo T. Sorokin
United States District Judge

318463486.2